## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

JENNIFER BRANTINGHAM, *for herself and all others similarly situated*,

    Plaintiffs,

vs.

EMERGENCY SERVICES, INC.

    Defendant.

: Civil Action No. 2:16-cv-1169
:
: JUDGE WATSON
:
: MAGISTRATE JUDGE DEAVERS

## EXHIBIT B: BREAKDOWN OF PLAINTIFFS' SETTLEMENT PAYMENTS

|  | **Plaintiff** | **Settlement Payment** | | | |
|---|---|---|---|---|---|
|  |  | **Lost Wages** | **Liquidated Damages** | **Rep. Incentive** | **Total** |
| 1. | Alysse Bryson | $2,881.47 | $2,881.47 | N/A | $5,762.93 |
| 2. | Cameron Evans | $758.78 | $758.78 | N/A | $1,517.56 |
| 3. | Grant Carson | $1,469.15 | $1,469.15 | N/A | $2,938.29 |
| 4. | Jennifer Brantingham | $974.93 | $974.93 | $1,000.00 | $2,949.85 |
|  | **Total to Plaintiffs: $13,168.63** | | | | |